# STATE OF MICHIGAN

# COURT OF APPEALS

HUNTINGTON NATIONAL BANK,

        Plaintiff/Counter-Defendant,

v

AUTO SPORTS UNLIMITED, INC,
FAARGSOB, LLC, ROADMASTER ASU, LLC,
SUZANNE LEE BOSGRAAF, Individually and as
Co-Trustee of the SCOTT T. BOSGRAAF TRUST
and the SUZANNE LEE BOSGRAAF TRUST,
and AMICUS MANAGEMENT, INC.,

        Defendants,

and

SCOTT T. BOSGRAAF, Individually and as Co-
Trustee of the SCOTT T. BOSGRAAF TRUST
and the SUZANNE LEE BOSGRAAF TRUST,

        Defendant-Appellant,

and

FIRST FINANCIAL BANK, N.A.,

        Defendant-Appellee,

and

HTSTS, LC, JOLDERSMA, INC., SCOTT
JOLDERSMA, and TERRY JOLDERSMA,

        Defendants/Counter-Plaintiffs.

UNPUBLISHED
August 18, 2015

No. 320905
Ottawa Circuit Court
LC No. 11-002488-CK

Before: TALBOT, P.J., and KELLY and SERVITTO, JJ.

PER CURIAM.

-1-

Scott T. Bosgraaf, in his individual and representative capacities, appeals as of right from the trial court's order granting summary disposition with regard to various claims in favor of First Financial Bank, N.A. ("First Financial"). We affirm.

The facts underlying the instant appeal, as well as the disputed trial court decision and issues raised from that decision, are identical to those discussed in sections I, II, and III(A) of this Court's opinion in *First Financial Bank, NA v Bosgraaf*, unpublished opinion per curiam of the Court of Appeals, issued August 11, 2015 (Docket No. 320881). For the same reasons discussed in *First Financial Bank, NA*, we conclude that the contentions of error raised in this appeal lack merit, and accordingly, affirm the trial court's decision.

Affirmed.

/s/ Michael J. Talbot
/s/ Kirsten Frank Kelly
/s/ Deborah A. Servitto